AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

IGOR LEONID ALEINER (A#76-110-361)

V.

ANDREA QUARANTILLO, N.Y. District Director
of the U.S. Citizenship & Immigration Services,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 0909**

**JUDGE JONES**

TO: (Name and address of Defendant)

~~Andrea Quarantillo~~
New York District Director of USCIS
26 Federal Plaza, 11th Floor
New York, NY 10278

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eileen Collins Bretz
BRETZ & COVEN, LLP
305 Broadway Suite 100
New York, NY 10007

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                JAN 2 5 2008

CLERK  /s/ Marcos Quintero                        DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 1/31/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Gardy Maisonneuve | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
FEDEX OVERNIGHT
Office of the General Counsel, DHS, Washington, DC 20528
Attorney General, 950 Pennsylvania Ave., NW, Washington, DC 20530
U.S. Attorney's Office, SDNY, 86 Chambers St. 3rd Fl., New York, NY 10007

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/31/08
             Date                    Signature of Server

BRETZ & COVEN, 305 Broadway, Suite 100, NY, NY 10007
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.