UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IGOR LEONID ALEINER                                    Cv. 08cv0909

A76-110-361
                      Plaintiff,                 ECF CASE

  - against -                                           COMPLAINT


ANDREA QUARANTILLO,
New York District Director of the United              Judge Jones
States Citizenship and Immigration Services,

                 Defendant.
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, Gardy Maisonneuve, solemnly swear under penalty of perjury:

1.    I am employed in the office of Bretz and Coven, LLP.

2.    On the 31st day of January 2008, I served a copy of the within:

## COMPLAINT AND SUMMONS

by Federal Express Overnight Mail to:

Assistant U.S. Attorney
U.S. Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Fl
New York, NY 10007

Andrea Quarantillo
District Director
U.S. Citizenship & Immigration Service
26 Federal Plaza, 11th Floor
New York, NY 10278

Office of the General Counsel
Department of Homeland Security
Washington, DC 20528

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Dated: January 31, 2008

By: _____
Gardy Maisonneuve