UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

IGOR LEONID ALEINER,

        Plaintiff,

     v.

ANDREA QUARANTILLO,

        Defendant.

------------------------------------------------------------ x

**ECF CASE**

08 Civ. 909 (BSJ)

NOTICE OF APPEARANCE

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         February 13, 2008

         Respectfully submitted,

         MICHAEL J. GARCIA
         United States Attorney for the
         Southern District of New York

By:    /s/_____
       F. JAMES LOPREST, JR.
       Special Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Telephone: (212) 637-2728
       Facsimile: (212) 637-2786
       Email: james.loprest@usdoj.gov

TO:    Eileen Collins Bretz
         Bretz & Coven, LLP
         305 Broadway, Suite 100
         New York, NY 10007