MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:   F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 3/17/08

JONES J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IGOR LEONID ALEINER, A76-110-361,       :

        Plaintiff,       :       STIPULATION AND ORDER OF
                                 SETTLEMENT AND DISMISSAL
     - v. -       :
                                 08 Civ. 909 (BSJ)
ANDREA QUARANTILLO,       :
New York District Director of the
United States Citizenship and Immigration Services  :

        Defendant.       :
-----------------------------------------------------------x

    WHEREAS United States Citizenship and Immigration Services has approved plaintiff's naturalization application and scheduled a ceremony for him to be sworn in as a naturalized citizen of the United States;

    IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated:  New York, New York
       March 6, 2008

BRETZ & COVEN, LLP
Attorneys for Plaintiff

By: _____
EILEEN COLLINS BRETZ, ESQ.
305 Broadway, Suite 100
New York, New York 10007
Tel. No.: (212) 267-2555

Dated:  New York, New York
       March 12, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

SO ORDERED:

_____
HON. BARBARA S. JONES
UNITED STATES DISTRICT JUDGE
3/17/08

2008v00259